| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | ANDREW S. HUANG (CABN 193730)<br>Assistant United States Attorney |
| 5 |    1301 Clay Street, Suite 340S<br>   Oakland, CA 94612 |
| 6 |    Telephone: (510) 637-3680<br>   Fax: (510) 637-3724 |
| 7 |    E-Mail: andrew.huang@usdoj.gov |
| 8 | Attorneys for Plaintiff |

FILED
OCT 19 2011
RICHARD W. ...
CLERK
NORTHERN ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-71127 MAG (LB) |
|---|---|
| Plaintiff, | ) STIPULATION OF THE RE WAIVER OF<br>) TIME FOR PRELIMINARY HEARING |
| v. | ) DATE AND EXCLUDING TIME UNDER<br>) THE SPEEDY TRIAL ACT AND |
| HELEN JEAN SINGH SINGH, | ) [PROPOSED] ORDER |
| Defendant. | ) |

The parties appeared before the Court on October 19, 2011 concerning detention and conditions of release. The defendant hereby waives time for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) and the parties hereby stipulate and move the Court for an Order excluding time under the Speedy Trial Act through the next hearing date, October 27, 2011, 2011.

Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest and that it is not in his client's best interest for the United States to present an indictment before the otherwise required preliminary hearing date. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. For defendants who are in custody, Federal Rule of Criminal Procedure 5.1(c)

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)

permits the Court to hold a preliminary hearing no later than 14 days after the defendant's initial appearance, which would be October 20, 2011. For defendants who are not in custody, Federal Rule of Criminal Procedure 5.1(c) permits the Court to hold a preliminary hearing no later than 21 days after the defendant's initial appearance, which would be October 27, 2011. The defendant agrees to waive the time for preliminary hearing under Rule 5.1(c).

The Speedy Trial Act requires that an information or indictment be filed within 30 days of a defendant's arrest. 18 U.S.C. § 3161(b). In this case, the defendant also agrees to toll and to waive, for purposes of the Speedy Trial Act, the period from this date to the next hearing date, October 27, 2011. The parties agree and stipulate that the delay resulting from this continuance serves the ends of justice and that such action outweighs the best interest of the public and the defendant in a speedy trial. Specifically, defense counsel, who assumed representation of the defendant in this case on October 6, 2011, is investigating and obtaining information about this case. The parties therefore stipulate that an exclusion of time under the Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**SO STIPULATED.**

DATED: October 19, 2011

_____
EDWIN PRATHER, Esq.
Counsel for Helen Jean Singh

MELINDA HAAG
United States Attorney

_____
ANDREW S. HUANG
Assistant United States Attorney

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court finds, based on the record and the Stipulation above, that the delay resulting |
| 3 | from the continuance of this matter to ___October 27___, 2011 serves the ends of |
| 4 | justice and that such action outweighs the best interest of the public and the defendant in a |
| 5 | speedy trial. Specifically, the Court finds that denying such a continuance would deny the |
| 6 | defendant continuity of counsel and deny defense counsel reasonable time for effective |
| 7 | preparation, taking into account the exercise of due diligence. Therefore, IT IS HEREBY |
| 8 | ORDERED that the period of time between the date of this Order and ___October 27___, 2011 |
| 9 | be excluded for Speedy Trial Act purposes. |

DATED: 10/19/11

Hon. LAUREL BEELER
United States Magistrate Judge

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)